AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

TRIOMPHE PARTNERS, INC.,
TRIOMPHE PARTNERS, LLC, and
TRIOMPHE LUXEMBOURG, S.a.r.l.,

**APPEARANCE**

Petitioners,

against

Case Number:  10-CIV-8248 (PKC) (HBP)

REALOGY CORPORATION,

Respondent.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TRIOMPHE PARTNERS, INC.,
TRIOMPHE PARTNERS, LLC, and
TRIOMPHE LUXEMBOURG, S.a.r.l.

I certify that I am admitted to practice in this court.

| 11/24/2010 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | W. Michael Garner | WG 3558 |
| | Print Name | Bar Number |
| | 230 Park Avenue, 10th Floor | |
| | Address | |
| | New York     NY | 10169 |
| | City     State | Zip Code |
| | (612) 259-4801 | (612) 259-4810 |
| | Phone Number | Fax Number |