**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

TRIOMPHE PARTNERS, INC.,
TRIOMPHE PARTNERS, LLC, and
TRIOMPHE LUXEMBOURG, S.a.r.l.,

                Petitioners,

against

REALOGY CORPORATION

                Respondent.

_____x

Case No. 10-CIV-8248 (PKC)
ECF Case

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, W. Michael Garner, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Ronald K. Gardner, Esq.
Dady & Gardner, P.A.
80 South 8th Street
Suite 5100
Minneapolis, MN 55402
Phone:  612-359-9000
Fax:  612-359-3507

    Ronald K. Gardner is a member in good standing of the Bar of Minnesota.

    There are no pending disciplinary proceeding against Ronald K. Gardner in any State or

Federal Court.

Dated: January 4, 2011
Minneapolis, Minnesota

Respectfully submitted,

By _____

W. Michael Garner (WG3558)
W. MICHAEL GARNER, P.A.
230 Park Avenue, 10th Floor
New York, NY  10169
Telephone:  (212) 551-1432
Facsimile:  (612) 259-4810
wmgarner@franchisedealerlaw.com

**ATTORNEYS FOR PETITIONERS**

# STATE OF MINNESOTA
## IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

RONALD KENTON GARDNER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 1994

Given under my hand and seal of this court on

January 03, 2011

Frederick K. Grittner
Clerk of Appellate Courts

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

—————————————————————x

TRIOMPHE PARTNERS, INC.,
TRIOMPHE PARTNERS, LLC, and                          Case No. 10-CIV-8248 (PKC)
TRIOMPHE LUXEMBOURG, S.a.r.l.,                       ECF Case

                 Petitioners,

against

REALOGY CORPORATION

                 Respondent.

—————————————————————x

### AFFIDAVIT OF W. MICHAEL GARNER IN SUPPORT OF
### MOTION TO ADMIT COUNSEL PRO HAC VICE

State of Minnesota   )
                     ) ss:
County of Hennepin  )

      W. Michael Garner, being duly sworn, hereby deposes and says as follows:

      1.     I am of counsel at W. Michael Garner, P.A., counsel for Petitioners in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Petitioners' motion to admit Ronald K. Gardner, as counsel pro hac vice to represent Petitioners in this matter.

      2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October 1976. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

      3.     I have known Ronald K. Gardner since 1997.

      4.     Mr. Gardner is a partner in Dady & Gardner, P.A., in Minneapolis, Minnesota.

5.      I have found Mr. Gardner to be a skilled attorney and a person of integrity.  He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of Ronald K. Gardner, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Ronald K. Gardner, pro hac vice, to represent Petitioners in the above captioned matter, be granted.

Dated: January 4, 2011
Minneapolis, Minnesota

Respectfully submitted,

By _____

W. Michael Garner (WG3558)

Subscribed and sworn to before me
this 4th day of January, 2011.

Notary Public

BERNICE JEAN BERTRAM
Notary Public
Minnesota
My Commission Expires January 31, 2015

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

TRIOMPHE PARTNERS, INC.,
TRIOMPHE PARTNERS, LLC, and                                    Case No. 10-CIV-8248 (PKC)
TRIOMPHE LUXEMBOURG, S.a.r.l.,                                 ECF Case

                    Petitioners,

against

REALOGY CORPORATION

                    Respondent.

_____x

## ORDER FOR ADMISSION PRO HAC VICE

       Upon the motion of W. Michael Garner, attorney for Petitioners and said sponsor attorney's

affidavit in support;

       **IT IS HEREBY ORDERED** that

Ronald K. Gardner, Esq.
Dady & Gardner, P.A.
80 South 8th Street
Suite 5100
Minneapolis, MN 55402
Phone:  612-359-9000
Fax:  612-359-3507
Email:  rkgardner@dadygardner.com

is admitted to practice pro hac vice as counsel for Petitioners in the above captioned case in the

United State District Court for the Southern District of New York.  All attorneys appearing before

this Court are subject to the Local Rules of this Court, including the Rules governing discipline of

attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac

vice fee to the Clerk of Court.

Dated: January 4, 2011

_____
United States District/Magistrate Judge

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

TRIOMPHE PARTNERS, INC.,
TRIOMPHE PARTNERS, LLC, and                         Case No. 10-CIV-8248 (PKC)
TRIOMPHE LUXEMBOURG, S.a.r.l.,                      ECF Case

                    Petitioners,

against

REALOGY CORPORATION

                    Respondent.

_____x

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011, I caused the following documents:

**Motion to Admit Counsel Pro Hac Vice;**
**Affidavit of W. Michael Garner in support of Motion;**
**Proposed Order**

to be overnighted and filed manually with the Clerk of Court, and that I emailed a copy of the above to the following:

- **David Elliot Jacoby**
  djacoby@schiffhardin.com,sodavis@schiffhardin.com,lbonilla@schiffhardin.com

Dated: January 4, 2011
Minneapolis, Minnesota

                                                    Respectfully submitted,

                                                    By _____
                                                       W. Michael Garner (WG3558)
                                                    W. MICHAEL GARNER, P.A.
                                                    230 Park Avenue, 10th Floor
                                                    New York, NY 10169
                                                    Telephone: (212) 551-1432
                                                    Facsimile: (612) 259-4810
                                                    wmgarner@franchisedealerlaw.com
                                                    **ATTORNEYS FOR PETITIONERS**