## **CERTICATE OF SERVICE**

The undersigned attorney herby certifies that on January 7, 2011, he caused the Declaration of David Jacoby dated January 7, 2011, with Exhibits A and B, and the Memorandum in Opposition to Motion to Vacate Arbitration Award to be electronically filed through the Court's CM/ECF system and that service of that document on the attorneys listed below was accomplished pursuant to the Court's CM/ECF System:

>W. Michael Garner, P.A.
>222 South 9th Street
>Suite 2930
>Minneapolis, MN  55402

David Jacoby
Counsel for Respondent
Realogy Corporation

NY\50929764.1