```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-13-11
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

TRIOMPHE PARTNERS, INC.,
TRIOMPHE PARTNERS, LLC, and                    Case No. 10-CIV-8248 (PKC)
TRIOMPHE LUXEMBOURG, S.a.r.l.,                 ECF Case

                Petitioners,

against

REALOGY CORPORATION

                Respondent.
_____x

## ORDER FOR ADMISSION PRO HAC VICE

Upon the motion of W. Michael Garner, attorney for Petitioners and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Ronald K. Gardner, Esq.
Dady & Gardner, P.A.
80 South 8th Street
Suite 5100
Minneapolis, MN 55402
Phone: 612-359-9000
Fax: 612-359-3507
Email: rkgardner@dadygardner.com

is admitted to practice pro hac vice as counsel for Petitioners in the above captioned case in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: January 4, 2011

_____
United States District/~~Magistrate~~ Judge

1-13-11