W. MICHAEL GARNER, P.A.
230 Park Avenue
10th Floor
New York, NY 10169
Telephone: (212) 551-1432
Facsimile: (612) 259-4810
wmgarner@franchisedealerlaw.com
W. Michael Garner (WG3558)

  and

DADY & GARDNER, P.A.
80 South Eighth Street
5100 IDS Center
Minneapolis, MN 55402
Telephone: (612) 359-3515
Facsimile: (612) 359-3507
Ronald K. Gardner (MN # 248797)

Attorneys for Petitioners
Triomphe Partners, Inc.,
Triomphe Partners, LLC, and
Triomphe Luxembourg, S.a.r.l.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————x
TRIOMPHE PARTNERS, INC.,
TRIOMPHE PARTNERS, LLC, and         Case No. 10-CIV-8248 (PKC)
TRIOMPHE LUXEMBOURG, S.a.r.l.,         ECF Case

     Petitioners,

against

REALOGY CORPORATION

     Respondent.
———————————————————x

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 21, 2011, he caused the **Petitioner's Reply Memorandum In Support Of Petition To Vacate Arbitration Tribunal's Final Award** and the **Affidavit Of Ronald K. Gardner In Connection With Petitioner's Reply Memorandum In Support Of Petitioner's Motion To Vacate Arbitration Tribunal's Final Award Pursuant To The Federal Arbitration Act, 9 U.S.C. § 10** dated January 21, 2011, with **Exhibits A, B and C** to be electronically filed through the Court's CM/ECF system and that service of that document on the attorneys listed below was accomplished pursuant to the Court's CM/ECF System:

David Jacoby
Schiff Hardin LLP
900 Third Avenue
New York, NY  10022
Email: djacoby@schiffhardin.com

S/W. Michael Garner
W. Michael Garner (WG3558)
**ATTORNEYS FOR PETITIONERS**

1