USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRIOMPHE PARTNERS, INC., et al.,
                                Petitioners,

-against-

REALOGY CORPORATION,
                        Defendant.
------------------------------------------------------------X

10 **CIVIL** 8248 (PKC)

**JUDGMENT**

Petitioners having moved to vacate an arbitration award rendered in favor of Realogy Corporation, and the matter having been brought before the Honorable P. Kevin Castel, United States District Judge, and the Court, on August 15, 2011, having issued its Memorandum and Order denying Triomphe's petition to vacate the arbitration award, and dismissing the petition, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 15, 2011, Triomphe's petition to vacate the arbitration award is denied, and the petition is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         August 17, 2011

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
BY:
                                                    **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____