```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-24-11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRIOMPHE PARTNERS, INC., et al.,

                      Petitioners,                      10 Civ. 8248 (PKC)

     -against-                                        ORDER

REALOGY CORPORATION,

                      Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        Respondent Realogy Corporation has requested that this Court reconsider one aspect of its Memorandum and Order dated August 15, 2011 (Doc. No. 23), specifically the denial of Realogy's request for attorney's fees and expenses. Petitioner opposes this request.

        Respondent's request for reconsideration is GRANTED to the extent that respondent may file a motion for attorney's fees within fourteen (14) days of this order.

        SO ORDERED.

                                                                                  P. Kevin Castel
                                                               United States District Judge

Dated:  New York, New York
           August 24, 2011